# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ARQUIMIDES LARUMBE ZUNIGA,  :

                       :

       **Plaintiff**           **CIVIL ACTION NO. 3:17-0226**

                       :

       **v**                   :

                       :    **(JUDGE MANNION)**

**BOP LEWISBURG, U.S.P.,** *et al.,*

                       :

       **Defendants**

FILED
SCRANTON

MAR 27 2018

PER_____
          DEPUTY CLERK

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's motion to dismiss the above captioned action for Plaintiff's failure to exhaust administrative remedies (Doc. 11) is **GRANTED**.

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 27, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0226-01-ORDER.wpd